UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER A. WILSON-ALBRIGHT, <br>     Plaintiff, <br>   v. <br> NATIONAL HEALTHCARE COLLECTIONS, LLC, <br>     Defendant. | No. C 21-01114 WHA <br><br> **ORDER RE INITIAL CASE MANAGEMENT CONFERENCE STATEMENT** |

Plaintiff has filed a unilateral case management statement in contravention of Civil Local Rule 16-9(a), noting that defendant has yet to appear in this case and thus instructed plaintiff to proceed as such, and also noting that the case has settled (Dkt. No. 13). The notice of settlement filed on May 4, 2023, stated that the parties will file dismissal papers "within 45 days" (Dkt. No. 11). That time has since elapsed. By **NOON** on **MONDAY, JUNE 26, 2023**, plaintiff shall file a response explaining whether this settlement agreement is in writing and fully executed, and if so, what prevents dismissal. Otherwise, this action will proceed and the parties are expected to appear at the scheduled initial case management conference **IN PERSON** on June 29, 2023.

**IT IS SO ORDERED.**

Dated: June 22, 2023.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE